UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PROMOTIONAL MARKETING                     Case No. 11-CV-2795 (PJS/AJB)
INSIGHTS, INC.,

　　　　　　　　Plaintiff,

v.                                                                ORDER

XEROX BUSINESS SERVICES, LLC, f/k/a
Affiliated Computer Services, Inc.,

　　　　　　　　Defendant.

　　　　Kelly G. Laudon, J.H. Strothman, Jonathan M. Bye, and Carol R. Washington,
LINDQUIST & VENNUM PLLP, for plaintiff.

　　　　Erin O. Dungan, Alan H. Maclin, and Timothy G. Gelinske, BRIGGS AND
MORGAN, P.A., for defendant.

　　　　Plaintiff Promotional Marketing Insights, Inc. ("PMI") alleges that defendant Xerox

Business Services, LLC breached the parties' contracts by failing to pay compensation to which

PMI is entitled.  In an order dated July 19, 2013, Chief Magistrate Judge Arthur J. Boylan denied

as untimely PMI's motion to amend its complaint to add a claim under the Massachusetts Unfair

Trade Practices Act and a claim for breach of the implied covenant of good faith and fair

dealing.  This matter is before the Court on PMI's objection to that order.

　　　　A magistrate judge's ruling on nondispositive pretrial matters may be reversed only if it

is "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

Having carefully reviewed Judge Boylan's order and the parties' submissions, the Court finds

that the order is neither clearly erroneous nor contrary to law.  The order is therefore affirmed.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS

HEREBY ORDERED THAT plaintiff's objection [ECF No. 143] is OVERRULED and the

July 19, 2013 order [ECF No. 139] is AFFIRMED.

Dated: September 4, 2013                           s/Patrick J. Schiltz
                                                   Patrick J. Schiltz
                                                   United States District Judge